USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
:
-against- :   20-CR-102 (VEC)
:
:   ORDER
JOSE ANDRE URENA SANCHO :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a change-of-plea hearing is scheduled for Tuesday, December 15, 2020, at 11:00 A.M.;

IT IS HEREBY ORDERED that due to the rising number of COVID-19 cases in New York City, the Court prefers to hold the hearing by video conference using Skype video. The parties will be emailed a Skype video link separately. Any interested members of the public may listen to the proceeding remotely by dialing 1-917-933-2166 and using the conference ID number 440756468. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that Mr. Urena must either notify the Court that he does not consent to appearing by way of video or file a waiver of in person appearance by no later than **Thursday, December 10, 2020**.

**SO ORDERED.**

Date:  **December 4, 2020**                                              _____
       **New York, NY**                                                             **VALERIE CAPRONI**
                                                                                    **United States District Judge**