**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/14/2021

September 14, 2021



**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v. Jose Andre Urena Sancho*, 20 Cr. 102 (VEC)

Dear Judge Caproni:

    With the consent of the Government, I write to request a 60-day adjournment of Jose Andre Urena Sancho's sentencing hearing, which is presently scheduled to take place on October 7, 2021. I returned from parental leave yesterday and require additional time to gather materials in support of Mr. Urena Sancho's sentencing submission. Thank you for your consideration of this request.

                      Respectfully submitted,

                      /s/ Ariel Werner
                      Ariel Werner
                      Assistant Federal Defender
                      212-417-8770
                      917-751-2050

cc:   Samuel Rothschild, Assistant U.S. Attorney

Application GRANTED.

Mr. Urena's sentencing, currently scheduled for Thursday, October 7, 2021 at 2:30 P.M., is hereby adjourned to **Wednesday, December 8, 2021 at 2:30 P.M.**  Sentencing submissions are due no later than **Friday, November 19, 2021**.

The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Per the SDNY COVID-19 courthouse entry program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

Interested members of the public may attend the sentencing by dialing 1-888-363-4749, using the access code 3121171 and the security code 0102.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Date: September 14, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE