# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

**MEMO ENDORSED**

Southern District of New York
*Jennifer L. Brown*
*Attorney-in-Charge*

November 11, 2021

**By ECF/Email**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***United States v. Jose Andre Urena Sancho***, 20 Cr. 102 (VEC)

Dear Judge Caproni:

    With the consent of the Government, I write to request an 8-week adjournment of Jose Andre Urena Sancho's sentencing hearing, which is presently scheduled for Wednesday, December 8, 2021.

    We are seeking an adjournment for two reasons:  First, my office is still working with family members outside of the United States to finalize and translate letters of support on Mr. Urena's behalf.

    Thank you for your consideration of this request.  Due to the sensitive I seek leave from the Court to file a redacted version on ECF,

                    Respectfully submitted,

                    /s/ Ariel Werner
                    Ariel Werner
                    Assistant Federal Defender
                    917-751-2050

cc:   Samuel Rothschild, Assistant U.S. Attorney

Mr. Urena's sentencing, currently scheduled for December 8, 2021 at 2:30 P.M., is hereby adjourned to **Tuesday, February 8, 2022 at 2:30 P.M.**  Sentencing submissions are due no later than **Friday, January 21, 2022**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

 SO ORDERED.

Date: November 12, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE