**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022

January 21, 2021



**By ECF**

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** *United States v. Jose Andre Urena Sancho*, 20 Cr. 102 (VEC)

Dear Judge Caproni:

      In accordance with the Court's individual rules of practice in criminal cases, the parties jointly seek leave to file their sentencing submissions in the above-captioned case in redacted form. The parties' proposed redactions—which are minimal and will be identified in copies of the submissions provided to the Court and opposing counsel—include sensitive information about Mr. Urena's health and background. Thank you for your consideration of this request.

      Respectfully submitted,

      /s/ Ariel Werner
      Ariel Werner
      Assistant Federal Defender
      917-751-2050
      ariel_werner@fd.org

cc:  Samuel Rothschild, Assistant U.S. Attorney

---

Application GRANTED.

The parties must make the submissions in accordance with Rule 3(A) of the Undersigned's Individual Practices in Criminal Cases.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: January 21, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE