```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :
           -against-                    :       20-CR-102 (VEC)
                                        :
                                        :       ORDER
JOSE ANDRE URENA SANCHO                 :
                                        :
                        Defendant.      :
                                        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 8, 2022, the Court sentenced Mr. Urena to a period of time served to be followed by three years of supervised release, the first six months of which are to be served on home detention;

WHEREAS the proposed Removal Order states that "the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Costa Rica," Dkt. 92-3 at 11; and

WHEREAS the Court plans to enter a Removal Order replacing "promptly upon his sentencing" in the above text with "promptly upon the termination of the period of home detention."

IT IS HEREBY ORDERED that by no later than **Wednesday, February 9, 2022 at 5:00 P.M.**, the parties must inform the Court as to whether they object to that change.

**SO ORDERED.**

Date:  February 8, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**