UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                        :
UNITED STATES OF AMERICA                :
                                        :        CONSENT PRELIMINARY
        - v. -                          :        ORDER OF FORFEITURE/
                                        :        MONEY JUDGMENT
JOSE ANDRE URENA SANCHO,                :
                                        :        (S2) 20 Cr. 102 (VEC)
                Defendant.              :
                                        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

        WHEREAS, on or about December 2, 2020, JOSE ANDRE URENA SANCHO, (the

"Defendant") was charged in a one-count Information, (S2) 20 Cr. 102 (VEC) (the "Information")

with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 371

("Count One");

        WHEREAS, the Information included a forfeiture allegation as to Count One, seeking

forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of

any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a

result of the commission of the offense charged in Count One, including but not limited to a sum

of money in United States currency representing the amount of proceeds traceable to the

commission of the offense charged in Count One;

        WHEREAS, on or about December 18, 2020, the Defendant pled guilty to Count One of

the Information, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of

money equal to $34,548.70 in United States currency, representing proceeds traceable to the

commission of the offense charged in Count One;

1

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $34,548.70 in United States currency, representing proceeds traceable to the offense charged in Count One that the Defendant personally obtained; and

WHEREAS, as a result of the acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Samuel Rothschild of counsel, and the Defendant, and his counsel, Ariel Werner, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $34,548.70 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JOSE ANDRE URENA SANCHO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money

Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.   The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.   Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.   This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8.   The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.   The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   _Samuel P. Rothschild_____          1/23/22_____
          Samuel Rothschild                                              DATE
          Assistant United States Attorney
          One Saint Andrew's Plaza
          New York, NY 10007


JOSE ANDRE URENA SANCHO

By:   _AW pp Jose Andre Urena Sancho_          February 4, 2022
          JOSE ANDRE URENA SANCHO                          DATE

By:   _Ariel W._____          February 4, 2022
          Ariel Werner, Esq.                                          DATE
          52 Duane Street, 10th Floor
          New York, NY 10007


SO ORDERED:

      _Valerie Caproni_____          2.8.22_____
      HONORABLE VALERIE E. CAPRONI                          DATE
      UNITED STATES DISTRICT JUDGE