UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA

- against –

JOSE ANDRE URENA SANCHO,

          Defendant.
------------------X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 20 Cr. 102 (VEC)

Upon the application of the United States of America, by Samuel P. Rothschild, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JOSE ANDRE URENA SANCHO (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of Costa Rica.

3. On or about December 16, 2014, the defendant was admitted to the United States as a nonimmigration (J1 - Exchange Visitor) at or near Port Everglades.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 371.

5. The above-mentioned offense carries a maximum term of 5 years' imprisonment.

6. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to Section 237(a)(2)(A)(i) of the Immigration and Nationality Act of 1952, as amended, ("Act"), 8 U.S.C. § 1227(a)(2)(A)(i), as an alien who

committed a crime involving moral turpitude within five years after the date of admission and was convicted of a crime for which a sentence of one year or longer may be imposed.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Costa Rica as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon the termination of the period of home detention, and that the defendant be ordered removed to Costa Rica.

Dated: New York, New York
2.8.22  2022

HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE